# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **FIRST STATE BANK, a Nebraska Banking Corporation;**<br><br>**Plaintiff,**<br><br>vs.<br><br>**TRI STATE AG SERVICES, LLC, a South Dakota limited liability company; and JAMES P. BUNKER, an individual;**<br><br>**Defendants.** | **4:21CV3331**<br><br>**ORDER** |

Upon notice of settlement given to the undersigned magistrate judge by counsel for plaintiff,

**IT IS ORDERED:**

1. On or before **January 10, 2025**, the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) that will fully dispose of the case;

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice; and

3. The Clerk of Court shall terminate the pretrial and trial settings, and any hearings set for this case.

Dated this 1st day of July, 2024.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge