IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| FIRST STATE BANK, a Nebraska Banking Corporation;<br><br>Plaintiff,<br><br>vs.<br><br>TRI STATE AG SERVICES, LLC, a South Dakota limited liability company; and JAMES P. BUNKER, an individual;<br><br>Defendants. | 4:21CV3331<br><br>**ORDER OF DISMISSAL** |

This matter is before the Court on the parties' Stipulation of Dismissal Without Prejudice. (Filing No. 68). Having considered the matter, the Court will accept the stipulation. Accordingly,

**IT IS ORDERED** that this case is dismissed without prejudice, with the parties to bear their own attorney's fees and costs.

Dated this 13th day of January, 2025.

BY THE COURT:

_____
Susan M. Bazis
United States District Judge